**Order entered March 16, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01165-CV

**SYLVIA ORTIZ, Appellant**

**V.**

**PLANO INDEPENDENT SCHOOL DISTRICT, Appellee/Cross-Appellant,**

**AND**

**COMMISSIONER OF EDUCATION, Appellee/Cross-Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00459-2014**

## ORDER

We **GRANT** appellee/cross-appellee Commissioner of Education's March 12, 2015 unopposed motion for extension of time to file brief and **ORDER** the Commissioner's combined appellee/cross-appellee brief be filed no later than April 13, 2015.

/s/     CRAIG STODDART
         JUSTICE